THE PEOPLE OF THE STATE OF NEW YORK ex rel. HIRAM C. TODD, Special Assistant Attorney-General of the State of New York, Petitioner, for an Alternative Prohibition Order against the SUPREME COURT OF THE STATE OF NEW YORK, HON. MEIER STEINBRINK, Individually and as Justice of the Supreme Court, HENRY G. SINGER, JAMES J. KLEINMAN and JACOB C. SILVERMAN, Respondents.— Motion for an order of prohibition granted to the extent that the respondent justice of the Supreme Court will be restrained from hearing and deciding the motion for a new trial in People of the State of New York v. Singer, Kleinman and Silverman in so far as it involves items of alleged misconduct on the part of the trial justice, the Special Deputy Attorney-General and members of the jury, and denied as to items of newly-discovered evidence. The motion will be limited on the hearing strictly to items of newly-discovered evidence. The defendants may have recourse, with respect to alleged misconduct, to the procedure outlined in *People* v. *Kelly* (94 N. Y. 526). There is only a question of law involved; therefore, there is no need for an alternative order. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur; Lazansky, P. J., concurs upon a further ground, viz., the Special Deputy Attorney-General has consented that the above-mentioned items involving alleged misconduct should be incorporated in the record on appeal.

ROBERT E. CARRICK, Respondent, v. FREDERICA I. WESTCOTT, Appellant, and JAMES H. WESTCOTT, Her Husband, Defendant, and ESTHER L. CARRICK, Impleaded Defendant, Respondent, and Made a Party under Civil Practice Act, Section 271.— Action to foreclose a purchase-money second mortgage on certain premises situate in the town of Mamaroneck. Judgment in favor of plaintiff and the impleaded defendant, Esther L. Carrick, unanimously affirmed, with costs. The 86th finding of fact is amended so as to provide that the memorandum signed on or about June 9, 1930, prior to the execution and delivery of the formal contract of purchase and sale, was signed by Esther L. Carrick personally as owner. It appears from the memorandum that Boehm & Co., by Emil Zvirin, signed as broker and not on behalf of defendant Esther L. Carrick. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.